No. 219. BUSCH ET AL. *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Husty* v. *United States,* 282 U.S. 694, 702; *Davis* v. *United States,* 283 U.S. 859; *Wilson* v. *United States,* 287 U.S. 623. Mr. *Leo. H. Klugherz* for petitioners. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 269. CLEVELAND, CINCINNATI, CHICAGO, & ST. LOUIS RY. CO. *v.* HENRY, ADMINISTRATRIX. October 9, 1933. Petition for writ of certiorari to the Supreme Court of Missouri denied for the want of a final judgment. *Bruce* v. *Tobin,* 245 U.S. 18; *Johnson* v. *Keith,* 117 U.S. 199; *Houston* v. *Moore,* 3 Wheat. 433. *Messrs. H. N. Quigley, S. W. Baxter,* and *W. D. Chapman* for petitioner. *Messrs. Wm. H. Allen* and *John S. Marsalek* for respondent.

No. 40. GLOBE EXCELSIOR OAK TANNING CO. *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Court of Claims denied. *Mr. Edward Martenet* for petitioner. *Solicitor General Biggs* and *Messrs. Paul D. Miller, Wm. W. Scott, H. Brian Holland,* and *Wm. H. Riley, Jr.,* for the United States.

No. 42. IRVING TRUST CO., TRUSTEE, *v.* B. & O. HIGHWAY TRANSPORTATION CO. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Irving L. Ernst* for petitioner. No appearance for respondent.